IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 23-cv-00864-KLM
(**The above civil action number must appear on all future papers sent to the Court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

VINCENT E. LOGGINS,

    Plaintiff,

v.

ROE V. WADE,
SENATE BILL #2,
"BAIN ACT 1983",
MR. BEN MANGOSA, RN,
DR. ALAN BIKLE,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff Vincent E. Loggins is an inmate at the Colorado Mental Health Institute in Pueblo, Colorado.   He has submitted to the court *pro se* a Prisoner Complaint (ECF No. 1).[1]

As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined that the document is deficient as described in this order.   Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action.   Any papers that Plaintiff files in response to this order must include the civil action number

---

[1] "(ECF No. 1)" is an example of the convention used to identify the docket number assigned to a specific filing by the court's Case Management/Electronic Case Files (CM/ECF) system.  #

1

on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) __X__ is not submitted
(2) ____ is missing affidavit
(3) ____ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) __X__ is missing certificate showing current balance in prison account
(5) ____ is missing required financial information
(6) ____ is missing authorization to calculate and disburse filing fee payments
(7) ____ is missing an original signature by the prisoner
(8) ____ is not on proper form (must use the court's current form)
(9) ____ names in caption do not match names in caption of complaint, petition or habeas application
(10) ____ other: Motion is not necessary if filing and administrative fees totaling $402.00 are paid in advance.

**Complaint, Petition or Application**:
(11) ____ is not submitted
(12) __X__ is not on proper form (must use the court's **current Prisoner Complaint form**)
(13) ____ is missing an original signature by the prisoner
(14) ____ is missing page nos. ____
(15) ____ uses et al. instead of listing all parties in caption
(16) ____ names in caption do not match names in text
(17) ____ addresses must be provided for Plaintiff and all defendants/respondents in Sections A. and B of complaint, petition or habeas application
(18) ____ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**.   Any papers that Plaintiff files in response to this order must include the civil action number on this order.   It is

FURTHER ORDERED that Plaintiff shall either submit a fully-completed, Court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form or, in the alternative, pay the $402 filing fee.   Plaintiff may obtain copies of the Court-approved forms (with the assistance of his case manager or the facility's legal

assistant), along with the applicable instructions, at www.cod.uscourts.gov.   It is

FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED May 11, 2023.

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge